IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TYRONE EVERETT PAYNE, | CV 17-00166-M-DLC-JCL |
|---|---|
| Plaintiff, | |
| vs. | COLLECTION ORDER |
| KRISTINA CROWLEY, individual capacity only and T.J. MCDERMOTT, individual and official capacity, | |
| Defendants. | |

To: Crossroads Correctional Center
 50 Crossroads Drive
 Shelby, MT 59474

Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for the above-captioned action. *See* 28 U.S.C. §1915(b)(1), (2).

Accordingly, **IT IS HEREBY ORDERED:**

1. Montana State Prison shall collect from Plaintiff's inmate account the $350.00 filing fee and shall forward payments to the Clerk of Court. The amount collected shall be 20% of the preceding month's income credited to Plaintiff's prison inmate account, provided the preceding month's income exceeds $10.00.

These monthly filing-fee payments shall be collected simultaneously with the payments required in other cases filed by Plaintiff. *Bruce v. Samuels*, __ U.S. __, 136 S.Ct 627, 629 (2016). Said payments shall be clearly identified by the name and number assigned to this action.

2. Payments shall be sent to the Clerk of U.S. District Court, 201 East Broadway, P.O. Box 8537, Missoula, MT 59807.

3. The Clerk of Court is directed to serve a copy of this Order on Crossroads Correctional Center at the above address.

DATED this 14th day of December, 2017.

                                            */s/ Jeremiah C. Lynch*
                                            Jeremiah C. Lynch
                                            United States Magistrate Judge

cc:    Tyrone Everett Payne, #3004191
        USDC Financial